[No. 6829–0–II.   Division Two.   March 22, 1985.]

PACIFIC COUNTY, *Respondent,* v. THE STATE OF
WASHINGTON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 78–2–00284–3, Hewitt A. Henry, J.,
entered December 29, 1982. *Affirmed as modified* by

unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.